JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Plaintiff, <br> v. <br> ATAEVA, LLC, <br><br> Defendant. | Case No. 8:24-cv-2254 CAS (JDEx) <br><br> **ORDER GRANTING JOINT NOTICE OF DISMISSAL** |
| ATAEVA, LLC, <br><br> Counterclaimant, <br> v. <br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Counterdefendant. | |

**<u>ORDER</u>**

Upon review of the Parties' Joint Notice of Dismissal, wherein the Parties jointly stipulate to dismiss all claims asserted against each other with prejudice, and good cause appearing,

///

///

IT IS ORDERED that all claims asserted by the parties against each other are dismissed with prejudice. Each party shall bear their own attorneys' fees and costs. The above-caption case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Date: April 9, 2025

By: *Christina A. Snyder*
HON. CHRISTINA A. SNYDER
United States District Judge